```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GRACE PARK, et al.,

                                        Plaintiffs,          16-CV-1520 (LTS)(SN)

        -against-                                            ORDER

FDM GROUP, INC.,

                                        Defendant.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

For the avoidance of doubt, the December 11, 2019 status conference is adjourned pursuant to the stay of discovery.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   December 5, 2019
         New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2019